FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF TEXAS**

FEB - 9 2005

DAVID J. MALAND, CLERK
BY
DEPUTY _____

**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:05-CR-*12* |
| | § | Judge *Schneider* |
| TROY ANTHONY SMOCKS, | § | |
| Defendant | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNTS 1 - 3

Violation: 18 U.S.C. § 1028(a)(1)
(Production of a false United States
identification documents)

On or about the following dates, in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly and without lawful authority produce the following false

United States identification documents bearing the following names:

| COUNT | DATE OF PRODUCTION | DOCUMENT | NAME |
|-------|--------------------|---------|------|
| 1 | 8-3-02 | Secretary of Transportation - Federal Aviation Administration Certificate #4830-151(Pilot's License) | Troy A. Perex |
| 2 | 7-1-2003 | Social Security Card Form SSA-3000 (4-95) #D22011577 | Troy A. Perez |
| 3 | 8-12-2003 | Armed Forces of the United States of America Identification Card DD-Form 2 | Mark Perez |

all in violation of Title 18, United States Code, Section 1028(a)(1).

INDICTMENT - SMOCKS - Page 1

## COUNTS 4 - 5

Violation: 18 U.S.C. § 1028(a)(1)
(Production of a false identification
documents)

On the following dates, in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly and without lawful authority produce in and affecting

interstate or foreign commerce the following false identification documents bearing the following

names:

| COUNT | DATE OF PRODUCTION | DOCUMENT | NAME |
|-------|-------------------|----------|------|
| 4 | 7-28-2003 | Oklahoma Drivers License | John D. Perez |
| 5 | 7-8-2003 | Missouri Certificate of Live Birth #29-73216 | Troy A. Perez |

all in violation of Title 18, United States Code, Section 1028(a)(1).

## COUNTS 6 - 15

Violation: 18 U.S.C. § 1028(a)(6)
(Possession of false United States
identification documents)

On or about the following dates,  in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly and without lawful authority possess the following

identification documents bearing the following names that appeared to be United States

identification documents which were produced without lawful authority knowing that such

documents were produced without lawful authority:

| COUNT | DATE | DOCUMENT | NAME |
|:---:|:---|:---|:---|
| 6 | August 14, 2003 | Armed Forces of the United States Identification Card DD-Form 2 | Troy A. Perez |
| 7 | August 15, 2003 | Armed Forces of the United States Identification Card DD- Form 2 | John D. Perez |
| 8 | August 15, 2003 | Armed Forces of the United States Identification Card DD- Form 2 | Robert Perez |
| 9 | August 15, 2003 | Certificate of Release or Discharge from Armed Forces DD- Form 214 | Troy Anthony Smocks |
| 10 | August 15, 2003 | Certificate of Release or Discharge from Armed Forces DD- Form 214 | Troy Anthony Smocks |
| 11 | August 15, 2003 | Certificate of Release or Discharge from Armed Forces DD- Form 214 | Troy Anthony Smocks |
| 12 | August 15, 2003 | Certificate of Release or Discharge from Armed Forces DD- Form 214 | Troy A. Perez |
| 13 | August 15, 2003 | Certificate of Release or Discharge from Armed Forces DD- Form 214 | Troy A. Perez |
| 14 | August 15, 2003 | Secretary of Transportation - Federal Aviation Administration Certificate (Pilot's License) | Troy Anthony Smocks |
| 15 | August 15, 2003 | Secretary of Transportation - Federal Aviation Administration Certificate (Pilot's License) | John D. Perez |

all in violation of Title 18, United States Code, Section 1028(a)(6).

## COUNT 16

Violation: 18 U.S.C. § 1028(a)(5)
(Possession of document-making
implements)

On or about August 15, 2003, in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly possess the following document-making implements:  a

computer, scanner, printers and laminating machine with the intent that such implements be used

in the production of the following false United States identification documents bearing the

following names:

| DOCUMENT | NAME |
|---|---|
| Secretary of Transportation - Federal Aviation Administration Certificate #4830-151 (Pilot's License) | Troy A. Perex |
| Social Security Card - Form SSA-3000 (4-95) #D22011577 | Troy A. Perez |
| Armed Forces of the United States of America Identification Card DD-Form 2 | Mark Perez |
| Armed Forces of the United States - Identification Card DD-Form 2 | Troy A. Perez |
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy Anthony Smocks |
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy Anthony Smocks |
| Armed Forces of the United States Identification Card DD- Form 2 | John D. Perez |
| Armed Services of the United States Identification Card DD- Form 2 | Robert Perez |
| Secretary of Transportation - Federal Aviation Administration Certificate | Troy Anthony Smocks |
| Secretary of Transportation - Federal Aviation Administration Certificate | John D. Perez |
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy A. Perez |
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy A. Perez |
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy A. Perez |

| DOCUMENT | NAME |
|---|---|
| Certificate of Release or Discharge from Armed Forces DD-Form 214 | Troy Anthony Smocks |

all in violation of Title 18, United States Code, Section 1028 (a) (5).

## COUNT 17

Violation: 18 U.S.C. § 702
(Unauthorized wearing of a Uniform
of the Armed Forces of the United States)

On or about June 14, 2003 in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly and without authority wear the uniform of the Armed

Forces of the United States, specifically the uniform of the rank of Major in the United States

Army in violation of Title 18, United States Code, Section 702.

## COUNT 18

Violation: 18 U.S.C. § 704
(Unauthorized wearing of decorations or
medals of the Armed Forces of the
United States)

On or about June 14, 2003, in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly and without authorization wear the following decorations and

medals authorized by Congress for the Armed Forces of the United States:

A.  Valor Unit Award
B.  Purple Heart
C.  Distinguished Flying Cross
D.  Air Medal

|     |                                                      |
| --- | ---------------------------------------------------- |
| E.  | Army Good Conduct Medal                              |
| F.  | Armed Forces Expeditary Medal/Ribbon                 |
| G.  | Army Service Medal                                   |
| H.  | Liberation of Kuwait/Saudi Arabia Combat Ribbon      |
| I.  | Armed Forces Service Medal                           |

all in violation of Title 18, United States Code, Section 704.

## COUNT 19

Violation: 18 U.S.C. § 513(b)
(Possession of Counterfeiting implements)

On or about August 15, 2003, in the Eastern District of Texas, the defendant, TROY

ANTHONY SMOCKS, did knowingly possess the following implements designed for and

particularly suited for making counterfeit and forged securities: a computer, scanner, printers,

software, and check stock all capable of creating securities with intent that they be so used, in

violation of Title 18, United States Code, Section 513(b).

## COUNT 20

Violation: 18 U.S.C. § 1344
(Bank Fraud)

A.    INTRODUCTION

1.    Bank of America is a federally insured financial institution located at 4625

Frankford Road in the city of Dallas, Texas, within the Eastern District of Texas.

2.    The Home Depot is a retail business establishment that issues its payroll checks

out of its account with Bank One in Circleville, Ohio.

INDICTMENT - SMOCKS - Page 6

B.   THE SCHEME AND ARTIFICE TO DEFRAUD

3.     On August 8, 2003, SMOCKS devised and intended to devise a scheme and artifice to defraud Bank of America and to obtain money, funds, and credits owned by or under the control of Bank of America by means of false and fraudulent pretenses, representation or promises.

C.   THE MANNER AND MEANS OF THE SCHEME AND ARTIFICE

It is part of the scheme and artifice to defraud that:

4.     On August 8, 2003, TROY SMOCKS opened bank account #4781819312 in the name of "Robert Perez" at the Bank of America by using a false identification (hereinafter referred to the "Perez Account").

5.     SMOCKS fraudulently created counterfeit payroll check #14348 in the amount of One Thousand Three Hundred and Forty Two Dollars and Sixty Nine Cents ($1,342.69) (hereinafter referred to as the "counterfeit check"). This counterfeit check was made payable to "Robert Perez" and was drawn on an account in the name of The Home Depot at Norwest Bank Faribault. Robert Perez is the fictitious assumed identity of SMOCKS. Further, SMOCKS knew that there was no bank account in the name of Home Depot at an institution known as Norwest Bank Faribault. SMOCKS signed a signature of purported, but fictitious, Home Depot representative as the maker of the counterfeit check.

6.     SMOCKS, thereafter endorsed the counterfeit check as "Robert Perez" and presented it to Bank of America for deposit into the Perez Account.

D.    THE EXECUTION OF THE SCHEME AND ARTIFICE

     7.    On August 8, 2003, within the Eastern District of Texas, SMOCKS, for the

purpose of executing the scheme and artifice, knowingly tendered to Bank of America, for

Deposit in the Perez Account, the counterfeit check in an attempt to receive credit for the Perez

Account.

     All in violation of Title 18, United States Code, Section 1344.


A TRUE BILL,

_____
FOREMAN OF THE GRAND JURY


MATTHEW D. ORWIG
United States Attorney

_____
MICHELE RATCLIFFE
Assistant United States Attorney


INDICTMENT - SMOCKS - Page 8

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | Cause No.   4:05CR_____ |
| V. | § | |
| | § | Judge_____ |
| TROY ANTHONY SMOCKS | § | |

---

## NOTICE OF PENALTY

---

### **COUNTS 1-5**

<u>Violation:</u>    18 U.S.C. § 1028 (a) (1)

<u>Penalty:</u>    Imprisonment for not
more than 15 years, a fine not
to exceed $250,000, or both.
A term of supervised release
of up to three (3) years.

<u>Special Assessment:</u>  $100.00 for each count

### **COUNTS 6-15**

<u>Violation:</u>    18 U.S.C. § 1028 (a) (6)

<u>Penalty:</u>    Imprisonment for not
more than 1 year, a fine not
to exceed $100,000, or both.
A term of supervised release
of up to one (1) year.

<u>Special Assessment:</u>  $25.00 for each count

NOTICE OF PENALTY - SMOCKS        Page 1

## COUNT 16

Violation:      18 U.S.C. § 1028 (a) (5)

Penalty:        Imprisonment for not
                more than 15 years, a fine not
                to exceed $250,000, or both.
                A term of supervised release
                of up to three (3) years.

Special Assessment:  $100.00

## COUNT 17

Violation:      18 U.S.C. § 702

Penalty:        Imprisonment for not
                more than 6 months, a fine not
                to exceed $5,000, or both.
                A term of supervised release
                of up to one (1) year.

Special Assessment:  $10.00

## COUNT 18

Violation:      18 U.S.C. § 704

Penalty:        Imprisonment for not
                more than 6 months, a fine not
                to exceed $5,000, or both.
                A term of supervised release
                of up to one (1) year.

Special Assessment:  $10.00

NOTICE OF PENALTY - SMOCKS          Page 2

## **COUNT 19**

Violation:     18 U.S.C. § 513 (b)

Penalty:       Imprisonment for not
                more than 10 years, a fine not
                to exceed $250,000, or both.
                A term of supervised release
                of up to three (3) years.

Special Assessment:  $100.00

## **COUNT 20**

Violation:     18 U.S.C. § 1344

Penalty:       Imprisonment for not
                more than 30 years, a fine not
                to exceed $1,000,000, or both.
                A term of supervised release
                of up to five (5) years.

Special Assessment:  $100.00

NOTICE OF PENALTY - SMOCKS          Page 3